**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-2150**

_____

SHI HUI ZHENG,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

_____

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A79-814-631)

_____

Submitted:  July 28, 2006          Decided:  August 16, 2006

_____

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Shi Hui Zheng, Petitioner Pro Se.  James Arthur Hunolt, M. Jocelyn
Lopez Wright, Assistant Director, Office of Immigration Litigation,
Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington,
D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Shi Hui Zheng, a native and citizen of the People's Republic of China, petitions for review of an order of the Board of Immigration Appeals adopting and affirming the immigration judge's denial of his motion to reopen removal proceedings. This court's review of the denial of a motion to reopen is extremely deferential, and the decision will not be reversed absent abuse of discretion. Barry v. Gonzales, 445 F.3d 741, 744-45 (4th Cir. 2006). Motions to reopen are disfavored. INS v. Doherty, 502 U.S. 314, 323 (1992). We find no abuse of discretion in the immigration judge's conclusion that Zheng failed to establish exceptional circumstances warranting reopening. See 8 U.S.C.A. § 1229a(b)(5)(C)(I), (e)(1) (West 2005 & Supp. 2006). Accordingly, we deny Zheng's motion for stay as moot and deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED